IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LEONEL SANTOYO AVALOS, | § |
| Petitioner, | § |
| V. | §  NO. 4:23-CV-170-Y |
| BUREAU OF PRISONS, | § |
| Respondent. | § |

**ORDER OF DISMISSAL**

By order signed February 23, 2023, the Court required that within thirty days, Petitioner, Leonel Santoyo Avalos, either pay the $5.00 filing fee or file a completed application to proceed *in forma pauperis* accompanied by a certificate of inmate trust account or institutional equivalent. The order cautioned that failure to comply might result in the dismissal of the petition without further notice for want of prosecution. Fed. R. Civ. P. 41(b). To date, Petitioner has failed to comply with the order. Accordingly, the petition is **DISMISSED**.

**SIGNED** April 3, 2023.

Terry R. Means
UNITED STATES DISTRICT JUDGE