IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LEONEL SANTOYO AVALOS,        §
                             §
        Petitioner,           §
                             §
V.                            §   NO. 4:23-CV-170-Y
                             §
BUREAU OF PRISONS,            §
                             §
        Respondent.           §

## FINAL JUDGMENT

Consistent with the Order of Dismissal signed this date, the petition of Leonel Santoyo Avalos is dismissed for want of prosecution.

**SIGNED** April 3, 2023.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE